SHERIFF'S ENTRY OF SERVICE

Civil Action No. 2011CV208637

Date Filed 11/28/2011

Attorney's Address
Ed Gilgor   Ed Gilgor
POB 17505
Atlanta, GA 30316-0505

Name and Address of Party to be Served
World Wrestling Entertainment, Inc.
CT Corp System, Registered Agent
1201 Peachtree St, NE
Atlanta GA

SUPERIOR COURT

GEORGIA, FULTON COUNTY

Douglas Duane
Somerson
                                    Plaintiff

VS.

Vincent K. McMahon
Linda E. McMahon
                                    Defendant
World Wrestling
Entertainment Inc

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant_____ personally with a copy of the within action and summons.

I have this day served the defendant_____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.

**NOTORIOUS** ☐

Delivered same into hands of_____ described as follows age, about____years; weight, about____pounds; height about___feet and ___inches, domiciled at the residence of the defendant.

**CORPORATION** ☑

Served the defendant   World Wrestling Entertainment   a corporation

by leaving a copy of the with in action and summons with   R|A S Edwards

in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _____ 8 _____ day of Dec _____ 20 11

Morgan #2522
                                    DEPUTY

SHERIFF DOCKET_____ PAGE_____

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT

S

## General Civil Case Filing Information Form (Non-Domestic)

**Court**
☑ **Superior**
☐ **State**

**County** Fulton

**Docket #** 2011CV208637

**Date Filed** 11/23/2011
MM-DD-YYYY

**Plaintiff(s)**
Somerson, Douglas D.

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

**No. of Plaintiffs** 1

**Plaintiff/Petitioner's Attorney**    ☐ **Pro Se**

Gilgor, Edward M.

| Last | First | Middle I. | Suffix |
|------|-------|-----------|--------|

**Bar #** 294716

**Defendant(s)**
McMahon, Vincent K.

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

McMahon, Linda E.

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

World Wrestling Entertainment, Inc.

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

| Last | First | Middle I. Suffix Prefix | Maiden |
|------|-------|-------------------------|--------|

**No. of Defendants** 3

**FILED IN OFFICE**
NOV 2 8 2011
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☑ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____

### If Tort is Case Type:
### (Check no more than TWO)

☐ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☑ Other Specify Invasion of Privacy

**Are Punitive Damages Pleaded?** ☐ Yes ☐ No

```
0§d

0☺
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

DOUGLAS DUANE SOMERSON
vs.
VINCENT K. MCMAHON, LINCA E. MCMAHON
AND WORLD WRESTLING ENTERTAINMENT,
INC.

Comment:
4229

Case #   2011CV208637

                                   125.00
SUPERIOR CLERK'S FEE                58.00
SUPERIOR ALTERNATIVE DISPUT          7.50
SUPERIOR CLERK'S RETIREMENT          2.00                    DEC 2  2011
SUPERIOR SHERIFF'S RETIREME          1.00
SUPERIOR LAW LIBRARY                 5.00
Peace Officers, Prosecutors         15.00
EACH ADDITIONAL PARTY $8.00         16.00
SUPERIOR SHERIFF SERVICE FE         50.00
-------------------------------------------
Total Chgs  :                     $279.50
Total Paid  : (Check)             $279.50

Paid by:
Edward M. Gilgor
P.O. Box 170536
Atlanta, Ga. 30317-0536

Receipt#       :  204874
Date Received:  11/29/2011
Time Printed :  02:41pm                              DEC 2 AM11:04
Issued by      :  SPTLSMI from CVCM

           ---------------------------
```



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303

## SUMMONS

DOUGLAS DUANE SOMERSON;       )
                                   )
  Plaintiff,                  )
                                   )
v.                                  )     CIVIL ACTION FILE NO.
                                   )     2011CV208637
VINCENT K. MCMAHON, LINDA E.  )
MCMAHON, and WORLD WRESTLING  )
ENTERTAINMENT, INC.          )
                                   )
Defendants.               )
                                   )

TO THE ABOVE NAMED DEFENDANT(S):

Your are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

    Edward Mark Gilgor
    Post Office Box 17505
    Atlanta, Georgia 30316-0505

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____28th_____ day of _____Nov._____, 20 11

                                  Honorable Cathelene "Tina" Robinson
                                  Clerk of Superior Court

                                  By _____
                                       Deputy Clerk

To defendant upon whom this petition is served: **WORLD WRESTLING ENTERTAINMENT, INC·**
This copy of Complaint, Plaintiff's First Discovery Requests and summons was served upon you this ____, day _____ ___2011

                       _____
                       Deputy Sherriff

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DOUGLAS DUANE SOMERSON;

  Plaintiff,

v.

VINCENT K. MCMAHON, LINDA E.
MCMAHON, and WORLD WRESTLING
ENTERTAINMENT, INC.

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**FILED IN OFFICE**

NOV 28 2011

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

CIVIL ACTION FILE NO.

2011CV208637

## FIRST VERIFIED COMPLAINT AND JURY DEMAND

PLAINTIFF DOUGLAS DUANE SOMERSON, alleges that DEFENDANTS
VINCENT K. MCMAHON, LINDA E. MCMAHON, and WORLD WRESTLING
ENTERTAINMENT, INC., ("WWE") engaged in Invasion of Privacy, Unjust Enrichment,
Deceptive Trade Practices, Violation of Right to Privacy and Negligent Supervision against
Defendants as follows:

### PARTIES

1.  Plaintiff Douglas Duane Somerson is a citizen of the state of Georgia.

2.  Upon information and belief, defendant Vincent K. McMahon is a natural person and
    citizen of Connecticut. Mr. McMahon is Chairman of the Board of Directors since its
    inception and became CEO of WWE on September 16, 2009, and has been, with his
    wife Linda, the principal force behind its commercial activities since its inception,
    which they co-founded. Mr. McMahon may be served at his principal place of business
    at 1241 East Main Street, Stamford, Connecticut.

3.  Upon information and belief, defendant Linda E. McMahon is a natural person and
    citizen of Connecticut. Between at least July 1, 1996 and September 16, 2009, Ms.

McMahon was the president and CEO of WWE and has been, with his husband, the principal force behind its commercial activities. Ms. McMahon may be served at her principal place of business at 556 Washington Avenue, North Haven, Connecticut.

4.    Upon information and belief, defendant World Wrestling Entertainment, Inc. ("WWE") is a Delaware corporation with a principal place of business at 1241 East Main Street, Stamford, Connecticut. At all material times, WWE has organized, operated and promoted entertainment featuring professional wrestling personalities under the name "World Wrestling Entertainment." WWE may be served through its registered agent: CT Corporation System, 1202 Peachtree Street, NE, Atlanta, GA 30361.

## JURISDICTION AND VENUE

5.    The McMahons regularly transact business in the state of Georgia.

6.    The McMahons have engaged in acts and omissions outside the state of Georgia that caused tortious injury within this state. The McMahons regularly do business in as well as solicit business within this state. The McMahons derive substantial revenue from goods and services rendered within this state.

7.    WWE maintains it registered agent in Fulton County. Therefore, venue is proper in this Court with regard to WWE. Consequently, venue is proper as to the McMahons as well.

## FACTS

8.    Douglas Duane Somerson is a highly successful professional wrestler and entertainer.

9.    Mr. Somerson began working as a professional wrestler in 1967.

10.    Mr. Somerson has worked under the name and persona of: "Pretty Boy" Doug Somers.

11.    In working as a professional wrestler, Mr. Somerson has suffered numerous physical injuries, including, but limited to:

a.  In excess of 400 concussions;

b.  Broken hand;

c.  Broken finger;

d.  Dislocated shoulder;

e.  Inoperable neck injury;

f.  Inoperable back injury;

g.  Inoperable knee injury; and,

h.  Inoperable foot injury.

12.   Mr. Somerson works to this very day, despite the massive physical injuries he has sustained.

13.   Mr. Somerson is in a virtual constant state of pain due to the injuries he has suffered during the course of his professional wrestling career.

14.   Mr. Somerson's reason for working is generate an income.  As will be discussed in more detail below, Mr. Somerson has never received any royalties from WWE, despite world wide sales of merchandise by WWE, using his name and likeness.

15.   Mr. Somerson has invested years of his life developing and maintaining the wrestling persona of "Pretty Boy" Doug Somers.

16.   The persona of "Pretty Boy" Doug Somers is known and loved world wide by Professional Wrestling fans.

17.   Mr. Somerson has never entered into any agreement with WWE, the McMahons, or any predecessor entity with regard to the right to use his name and/or likeness.

18.   Defendants have repeatedly used his name and likeness for their own commercial gain without permission of, or any compensation to, Mr. Somerson.

19.   Defendants have released DVDs, books, dolls, and other commercial products,

including, but not limited to, WWE Classics on Demand Video Channel, that use Mr. Somerson name and likeness (hereinafter "Doug Somers WWE Merchandise").

20.     The DVDs which feature Mr. Somerson's name and likeness, include, but are not limited to:

    a.   The Shawn Michaels Story: Heartbreak And Triumph;

    b.   From The Vault: Shawn Michaels;

    c.   Shawn Michaels: My Journey; and,

    d.   WWE Greatest Cage Matches of All Time DVD.

21.     These DVDs are currently available for sale, including online at websites owned or controlled by defendants, including http://www.wwe.com.

22.     Neither WWE nor the McMahons sought or obtained Mr. Somerson's consent to use his likeness or name or other Intellectual Property for the Doug Somers WWE Merchandise and have no right to do so without the consent of Mr. Somerson.

23.     No royalty payments have been paid with regard to any of these Doug Somers WWE Merchandise sales have ever been made to Mr. Somerson.

24.     The failure to even attempt to contact Mr. Somerson to obtain the right to use his name and likeness as well as the failure to make any attempt to compensate Mr. Somerson demonstrates bad faith and malice on the part of the Defendants.

25.     Ms. McMahon has also been recognized as having personal control over many of WWE's disparate business dealings, including DVD marketing, international distribution rights, corporate responsibility efforts and human resources.

26.     Upon information and belief, Ms. McMahon had overall responsibility for WWE's marketing efforts during her WWE tenure and played a key role in making its marketing decisions.

27.   As the WWE officer ultimately responsible for DVD marketing, upon information and belief, Ms. McMahon participated in the decision to publish for commercial purposes the "Pretty Boy" Doug Somers persona.

28.   DVDs containing footage of Mr. Somerson that unfairly and deceptively suggested to the public that the Mr. Somerson approved of such distributions.

29.   As the WWE officer ultimately responsible for marketing, Ms. McMahon knew or should have known that no royalty payments were made to the Mr. Somerson for the sale of the Doug Somers WWE Merchandise.

## COUNT I
## INVASION OF PRIVACY

30.   Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 29 of the Complaint.

31.   Mr. Somerson retains sole legal right and title to the name and likeness.

32.   Defendants have not sought or received Mr. Somerson's permission to use his name and likeness.

33.   Defendants have repeatedly appropriated Mr. Somerson's name and likeness.

34.   Mr. Somerson has been harmed by this invasion of privacy.

**WHEREFORE**, Mr. Somerson demands judgment against Vincent McMahon, Linda McMahon and WWE for damages in an amount to be determined at trial, injunctive relief, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

## COUNT II
## UNAUTHORIZED USE OF INTELLECTUAL PROPERTY

35.   Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 34 of the Complaint.

36.     Defendants have used Mr. Somerson's Intellectual Property in the Doug Somers WWE Merchandise.

37.     Mr. Somerson has been damaged by the Defendants unauthorized use of Mr. Somerson's Intellectual Property, including, but not limited to the "Pretty Boy" Doug Somers persona.

        **WHEREFORE**, Mr. Somerson demands judgment against WWE for damages in an amount to be determined at trial, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

## COUNT III UNJUST ENRICHMENT

38.     Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 37 of the Complaint.

39.     WWE has never paid royalties to Mr. Somerson for the sale of the Doug Somers WWE Merchandise sold under the "Pretty Boy" Doug Somers persona.

40.     Despite its obligation to do so, WWE failed to pay royalties due and owing to Mr. Somerson.

41.     WWE's failure to compensate Mr. Somerson constitutes unjust enrichment.

        **WHEREFORE**, Mr. Somerson demands judgment against WWE for the royalties due and owing together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

## COUNT IV VIOLATION OF GEORGIA UNIFORM DECEPTIVE TRADE PRACTICES ACT

42.     Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 41 of the Complaint.

43.     Defendants are or were engaged in the conduct of trade and commerce in the State of

Page 6

Georgia within the meaning of O.C.G.A § 10-1-370, et seq.

44.    Defendants have offended public policy as it has been established by common law,
       statute and otherwise, and violated the Georgia Uniform Deceptive Trade Practices Act
       ("GUDTPA"), O.C.G.A § 10-1-372, by willfully and maliciously engaging in unfair
       methods of competition and unfair and deceptive acts and practices in trade and
       commerce by misappropriating Mr. Somerson's Likeness and Intellectual Property and
       profiting therefrom to the loss and detriment of the Mr. Somerson.

45.    Mr. Somerson has suffered damages and an ascertainable loss.

       **WHEREFORE**, Mr. Somerson demands judgment against Vincent McMahon,
Linda McMahon and WWE for damages in an amount to be determined at trial, doubled or
trebled where appropriate, its attorney's fees in this matter, interest, costs and such other
relief as the court deems just and appropriate.

## COUNT V
## VIOLATION OF RIGHT OF PUBLICITY

46.    Mr. Somerson repeats and makes a part hereof each and every allegation contained in
       paragraphs 1 through 45 of the Complaint.

47.    Mr. Somerson retains sole legal right and title to his name and likeness.

48.    Defendants have repeatedly appropriated Mr. Somerson's name and likeness for a
       commercial purpose and have benefitted commercially from such misappropriation.

49.    Defendants have not sought or received Mr. Somerson's permission to use his name and
       likeness.

50.    Defendants' use of Mr. Somerson's name and likeness has caused damage to the
       commercial value of his persona.

51.    Mr. Somerson has been harmed by this damage in the commercial value to his persona.

       **WHEREFORE**, Mr. Somerson demands judgment against Vincent McMahon, Linda

McMahon and WWE for damages in an amount to be determined at trial, injunctive relief, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

## COUNT VI
## NEGLIGENT SUPERVISION

52.   Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 51 of the Complaint.

53.   At all relevant times, Vincent and/or Linda McMahon were responsible for supervising the actions of WWE's marketing personnel. This supervision included authorizing the production and release of videos and other merchandise that featured Mr. Somerson.

54.   The use of Mr. Somerson's name and likeness on any WWE merchandise is a tortious interference with Mr. Somerson's exclusive right to control the use of his name.

55.   Mr. Somerson has been injured as a result of WWE's tortious use of his name for purely commercial purposes.

56.   Vincent and Linda McMahon's failure to properly supervise caused WWE to tortiously use Mr. Somerson's name that resulted in damage to Mr. Somerson.

57.   Ms. McMahon was aware of WWE's lack of any right to use Mr. Somerson's legal name.

**WHEREFORE**, Mr. Somerson demands judgment against Vincent McMahon and Linda McMahon for damages in an amount to be determined at trial, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

Page 8

Respectfully submitted this 23rd day of November, 2011.

_____
Edward Mark Gilgor
Georgia State Bar No. 294716

Post Office Box 17505
Atlanta, Georgia 30316-0505
(404) 483-1300
ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff demands a jury trial on all claims so triable.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DOUGLAS DUANE SOMERSON;                     )
                                            )
  Plaintiff,                          )
                                            )
v.                                          )        CIVIL ACTION FILE NO.
                                            )
                                            )        2011CV208637
VINCE MCMAHON, LINDA MCMAHON,               )
and WORLD WRESTLING                         )
ENTERTAINMENT, INC.                         )
                                            )
Defendants.                                 )
                                            )

## VERIFICATION

I, Douglas Duane Somerson, personally appeared before the undersigned Notary Public, and say

under oath that I am the Plaintiff in the above-styled action and that the facts stated in the First

Verified Complaint are true and correct.

                                 _Douglas Somerson_____
                                   Plaintiff

Sworn to and subscribed before me, this 4th day of _November_, 2011.

_E M Gilgor_____
NOTARY PUBLIC

My Commission Expires:



    (Notary Seal)

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DOUGLAS DUANE SOMERSON;     )
     )
  Plaintiff,     )
     )
v.     )     CIVIL ACTION FILE NO.
     )
     )     ZO11CV208637
VINCENT K. MCMAHON, LINDA E.     )
MCMAHON, and WORLD WRESTLING     )
ENTERTAINMENT, INC.     )
     )
Defendants.     )
     )

## PLAINTIFF'S FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS TO DEFENDANTS

Plaintiff hereby propounds the following discovery requests on Defendants. Defendants are hereby required: (1) to answer all of the following interrogatories, separately and fully in writing under oath and (2) to produce by mail or in person, all of the "books, documents and other tangible things" requested herein to the Office of Edward Gilgor, 3042 Oakcliff Road, Suite 216, Atlanta, GA. Moreover, Defendants are directed to produce at any hearing, deposition or trial the documents and materials referenced in herein pursuant to O.C.G.A. § 24-10-26.

To the extent that Defendants contend that the discovery requests exceed any numeral restrictions imposed by applicable law, Defendants are to answer the discovery requests in the order up to the point that Defendants contend the limitation has been reached.

Defendants are under a duty to: (1) supplement or amend a response in compliance with O.C.G.A. § 9-11-26, and (2), except where specifically limited to a different time period, to provide responses through the date of final disposition of this litigation.

## DEFINITION OF TERMS

When used in these interrogatories, the following terms shall have the following

meanings:

"Identify", when used in reference to a natural person or legal entity, shall be a request to state: (a) his, her or its full name; (b) present or last known principal business' and (for a natural person) residence's address; (c) present or last known telephone number(s), and (d) electronic mail address(es).

"Person" shall mean any natural person, firm, corporation, partnership, joint venture or any form of business entity or other organization.

"World Wrestling Entertainment, Inc.," "WWE" shall mean the legal entity World Wrestling Entertainment, Inc., and any of its subsidiaries, and affiliated companies, joint ventures, and partnerships.

"Date" shall mean the exact day, month, and year, if ascertainable, or, if not, the best approximation thereof (including any relationship to other events).

"Documents" shall mean all written materials, sound recordings, films, and all other physical objects, including without limiting the generality of its meaning, the originals of copies of all correspondence, calendars, invoices, letters, memoranda, telegrams, handwritten notes, periodicals, pamphlets, reports, financial records, cancelled checks, deposit slips, bank statements, accounts, journals, ledger cards, profit and loss statements, financial statements, audited and un-audited reports, audits, studies, working papers, corporate minutes, minute books, diaries, deeds, contracts, agreements, understandings, chart, papers, drafts, indexed, date sheets, date processing cards, tapes, or any other physical object, however produced or reproduced or reproduced in the possession, custody or control of the entity herein served or its agents, attorneys or employees. A request to produce a document is a request to produce the original of said document. A copy may be produced if the original is unavailable due to a legally sufficient reason.

## INTERROGATORIES

**Interrogatory No. 1:** Please identify any and all witnesses you propose to present at any hearing or trial in the above styled matter.  With respect to each person so identified by you, please state:

a)        The subject matter on which each such witness shall testify;

b)        A summary of the grounds of each opinion of each such person;

c)        The substance of the facts and opinions to which each such witness is expected to testify.

**Response:**


**Interrogatory No. 2:**  Please identify all persons known or believed by you to have knowledge of any facts, events, circumstances or issues supporting the allegations contained in the Complaint and describe in detail what knowledge you believe each such person to have.

**Response:**


**Interrogatory No. 3:**  Identify each and every person who you expect to call as an expert witness at any trial or hearing in this matter.  With respect to each such person, please state his or her name, address, occupation, and particular field of expertise, the subject-matter upon which the person is expected to testify, the substance of facts and opinions to which the person is expected to testify, and a summary of the grounds for each opinion

**Response:**


**Interrogatory No. 4.**  Identify the name of all individuals, businesses, or other entities, other than the Defendants to this action, against with which you have asserted, litigated, settled, adjusted, or otherwise resolved and/or disposed of any claim in which another party asserted that any of the defendants had used the name and/or likeness of another without legal right for

commercial gain.  With regard to each party identified, state the manner in which the claim was resolved.

**Response:**


**Interrogatory No. 5.**  Please state the amount of revenue that WWE received from the sale, lease, distribution, or other transmission of any product, recording, or other item in which Plaintiff's name and/or likeness appears.  The revenue should be broken down by year and within each year by specific item for which the revenue was received.

**Response:**


**Interrogatory No. 6.**  Identify any product, recording, or other item which has been or currently is being sold, leased, distributed, or transmitted in which Plaintiff's name and/or likeness appears.

**Response:**


**Interrogatory No. 7.**  Identify any other claims made against any of Defendants in which it was alleged that one or more of Defendants used the name and/or likeness of an individual without that individual's permission or used the name and/or likeness of an individual without other legal authorization.  For each claim, identify the person making the claim, and if the person is represented by counsel, then the same information for their counsel as well.  Identify whether the claim has been resolved, and if so, the specific manner of the resolution.

**Response:**

**Interrogatory No. 8.**  For any request for admission that is not admitted in full, state the factual

basis for the denial.

**<u>Response:</u>**

## REQUEST FOR PRODUCTION OF DOCUMENTS

**Request No. 1.:** All documents and tangible items identified by Defendants in response to any interrogatory or request for admission.

**Response:**


**Request No. 2.:** All photographs, books, documents, pamphlets, videos, drawings, computer generated printouts, graphic presentations or displays or any other visual aids or exhibits which will be used to support Defendants' position on this legal matter.

**Response:**


**Request No. 3.:** All other memoranda, invoices, vouchers, letters, reports, records, notes, drawings, photographs, statements, documentation and tangible items/objects that in any way reference, relate to, evidence, support, or contradict the allegations contained in the Complaint.

**Response:**


**Request No. 4 .:** All documents that you reviewed, referred to, or relied upon in any way in preparing your responses to Plaintiff's Interrogatories, Requests for Admission, or Requests for Production of documents  in this action.

**Response:**


**Request No. 5.:** All records of the sale of any item by WWE that included Plaintiff's name and likeness, including, but not limited to the gross and net profit derived by WWE.

**Response:**


**Request No. 6.:** All records of the display, distribution, or any other means of transmission

and/or display by WWE of any video recording in which Plaintiff appeared or which included

Plaintiff's name and likeness, including, but not limited to the gross and net profit derived by

WWE.

**Response:**


**Request No. 7.:** All documents generated or received by Defendants that mention Plaintiff in any

context.

**Response:**

## REQUESTS FOR ADMISSIONS

**Request No. 1**: Admit that Defendant WWE has never received permission from Plaintiff to use his name or likeness.

**Response:**


**Request No. 2**: Admit that Defendant Vincent K. McMahon has never received permission from Plaintiff to use his name or likeness.

**Response:**


**Request No. 3**: Admit that Defendant Linda E. McMahon has never received permission from Plaintiff to use his name or likeness.

**Response:**


**Request No. 4**: Admit that Defendant WWE has sold various items, including, but not limited to, DVDs, other recorded images and video, Books, Dolls, Action Figures, Clothing, and/or similar items which include Plaintiff's name and/or likeness.

**Response:**


**Request No. 5**: Admit that Defendant WWE has never paid any royalties to Plaintiff for the sale of various items, including, but not limited to, DVDs, other recorded images and video, Books, Dolls, Action Figures, Clothing, and/or similar items which include Plaintiff's name and/or likeness.

**Response:**


Page 8

**Request No. 6**: Admit that Defendants Vincent K. McMahon and Linda E. McMahon were aware of the sale of various items, including, but not limited to, DVDs, other recorded images and video, Books, Dolls, Action Figures, Clothing, and/or similar items in which Plaintiff's name and/or likeness are used.

**Response:**


**Request No. 7**: Admit that Defendant WWE has displayed, distributed, and/or transmitted video recordings in which Plaintiff appeared or which included Plaintiff's name and likeness.

**Response:**


**Request No. 8**: Admit that Defendant WWE has never paid any royalties to Plaintiff for the display, distribution, and/or transmission of video recordings in which Plaintiff appeared or which included Plaintiff's name and likeness.

**Response:**


**Request No. 9**: Admit that Defendants Vincent K. McMahon and Linda E. McMahon were aware of the display, distribution, and/or transmission of video recordings in which Plaintiff appeared or which included Plaintiff's name and likeness.

**Response:**

Respectfully submitted this 23rd day of November, 2011.

_____
Edward Mark Gilgor
Georgia State Bar No. 294716

Post Office Box 17505
Atlanta, Georgia 30316-0505
(404) 483-1300
ATTORNEY FOR PLAINTIFF