IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:12-cv-00043-MHS |
| ) | |
| v. ) | |
| ) | |
| VINCENT K. MCMAHON, LINDA E. ) | |
| MCMAHON, and WORLD ) | |
| WRESTLING ENTERTAINMENT, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO DISMISS BY VINCENT K. AND LINDA E. MCMAHON**

The Defendants Vincent K. McMahon and Linda E. McMahon (the "McMahons"), pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), and 12(b)(6), move this Honorable Court to dismiss this action against them on the grounds that this Court lacks personal jurisdiction over the McMahons, the McMahons have not been properly served with the Complaint in this action, and this action fails to state a claim against the McMahons upon which relief may be granted.

In support of this Motion, the McMahons submit their Memorandum of Law

1

in Support of Motion to Dismiss by Vincent K. and Linda E. McMahon, filed herewith.

Respectfully submitted this 1st day of February, 2012.

*s/ Otto F. Feil*
Otto F. Feil
Georgia Bar No. 257288
ofeil@tfhlegal.com
Cheralynn M. Gregoire
Georgia Bar No. 309760
cgregoire@tfhlegal.com
TAYLOR, FEIL, HARPER,
  LUMSDEN & HESS, P.C.
3340 Peachtree Road NE, Suite 250
Atlanta, Georgia  30326
404-214-1200
404-214-1201 Fax

Of Counsel:
Jerry S. McDevitt
jerry.mcdevitt@klgates.com
Curtis B. Krasik
curtis.krasik@klgates.com
Blair T. Preiser
blair.preiser@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania  15222
(412) 355-6500
(412) 355-6501 Fax

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON,       )<br>                                                            )<br>           Plaintiff,                          )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>VINCENT K. McMAHON; LINDA )<br>E. McMAHON; and WORLD )<br>WRESTLING ENTERTAINMENT, )<br>INC.,                                                  )<br>                                                            )<br>           Defendants.                      )<br>_____ ) | Civil Action<br><br>File No. 1:12-cv-00043-MHS |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I caused the foregoing **Motion to Dismiss by Vincent K. and Linda E. McMahon** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

      Edward Mark Gilgor, Esq.
      P. O. Box 17505
      Atlanta, GA  30316

This 1st day of February, 2012.

                                                                 */s/ Otto F. Feil*
                                                                 Counsel for Defendants
                                                                 Georgia Bar No. 257288