IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:12-cv-00043-MHS |
| ) | |
| v. ) | |
| ) | |
| VINCENT K. MCMAHON, LINDA E. ) | |
| MCMAHON, and WORLD ) | |
| WRESTLING ENTERTAINMENT, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS BY
## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

The Defendant World Wrestling Entertainment, Inc. ("WWE"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss this action against WWE on the basis that the action fails to state a claim upon which relief may be granted.

In support of this Motion, WWE submits its Memorandum of Law in Support of Motion to Dismiss by World Wrestling Entertainment, Inc., filed herewith.

1

Respectfully submitted this 1st day of February, 2012.

        *s/ Otto F. Feil*
        Otto F. Feil
        Georgia Bar No. 257288
        ofeil@tfhlegal.com
        Cheralynn M. Gregoire
        Georgia Bar No. 309760
        cgregoire@tfhlegal.com
        TAYLOR, FEIL, HARPER,
          LUMSDEN & HESS, P.C.
        3340 Peachtree Road NE, Suite 250
        Atlanta, Georgia  30326
        404-214-1200
        404-214-1201 Fax

        Of Counsel:
        Jerry S. McDevitt
        jerry.mcdevitt@klgates.com
        Curtis B. Krasik
        curtis.krasik@klgates.com
        Blair T. Preiser
        blair.preiser@klgates.com
        K&L GATES LLP
        K&L Gates Center
        210 Sixth Avenue
        Pittsburgh, Pennsylvania  15222
        (412) 355-6500
        (412) 355-6501 Fax

        **ATTORNEYS FOR**
        **DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT K. McMAHON; LINDA )<br>E. McMAHON; and WORLD )<br>WRESTLING ENTERTAINMENT, )<br>INC., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action<br><br>File No. 1:12-cv-00043-MHS |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I caused the foregoing **Motion to Dismiss by Defendant World Wrestling Entertainment, Inc.** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    Edward Mark Gilgor, Esq.
    P. O. Box 17505
    Atlanta, GA  30316

This 1st day of February, 2012.

                                                      /s/ Otto F. Feil
                                                    Counsel for Defendants
                                                    Georgia Bar No. 257288