IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| | ) |
| VINCENT K. MCMAHON, LINDA E. MCMAHON, and WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant World Wrestling Entertainment, Inc. ("WWE") has manually filed the following Exhibits to its Memorandum of Law in Support of its Motion to Dismiss:

1. Exhibit B: "*WWE From the Vault - Shawn Michaels*" (Two DVD set relaying highlights of Shawn Michaels' wrestling career)

2. Exhibit C: "*WWE: The Shawn Michaels Story - Heartbreak & Triumph*" (Three DVD set detailing the life story of Shawn Michaels)

3. Exhibit D: "*WWE: Shawn Michaels - My Journey*" (Three DVD set detailing Shawn Michaels' wrestling career)

4. Exhibit E: "*WWE: The Greatest Cage Matches of All Time*" (Three

1

DVD set containing steel-cage wrestling matches)

These Exhibits are being filed manually as they could not, by their nature, be filed electronically.

A copy of this Notice of Manual Filing and duplicates of the DVD Exhibits attached to it and referenced herein have been served on Counsel for the Plaintiff in accordance with Sections IV(A)(6) and II(B)(3) of this Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means.

Respectfully submitted this 1st day of February, 2012.

*s/ Otto F. Feil*
Otto F. Feil
Georgia Bar No. 257288
ofeil@tfhlegal.com
Cheralynn M. Gregoire
Georgia Bar No. 309760
cgregoire@tfhlegal.com
TAYLOR, FEIL, HARPER,
  LUMSDEN & HESS, P.C.
3340 Peachtree Road NE, Suite 250
Atlanta, Georgia  30326
404-214-1200
404-214-1201 Fax

Of Counsel:
Jerry S. McDevitt
jerry.mcdevitt@klgates.com
Curtis B. Krasik
curtis.krasik@klgates.com

2

Blair T. Preiser
blair.preiser@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania  15222
(412) 355-6500
(412) 355-6501 Fax

*ATTORNEYS FOR DEFENDANTS*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT K. MCMAHON, LINDA E. ) <br> MCMAHON, and WORLD ) <br> WRESTLING ENTERTAINMENT, ) <br> INC., ) <br> ) <br> Defendants. ) | Civil Action No. 1:12-cv-00043-MHS |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I caused the foregoing **NOTICE OF MANUAL FILING** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> Edward Mark Gilgor, Esq.
> P. O. Box 17505
> Atlanta, GA  30316

I further certify that on February 1, 2012, I caused a copy of the foregoing **NOTICE OF MANUAL FILING**, and duplicates of the DVD Exhibits attached to it and referenced therein, to be served on Counsel for the Plaintiff by placing same in the U.S. Mail with adequate postage affixed and addressed to him at the

address set forth above.

    This 1st day of February, 2012.

                                          */s/ Otto F. Feil*
                                          Counsel for Defendants
                                          Georgia Bar No. 257288