IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| | ) |
| VINCENT K. MCMAHON, LINDA E. MCMAHON, and WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF FILING ELECTRONIC MEDIA

Please take notice that the Defendant World Wrestling Entertainment, Inc. ("WWE") has manually filed the following Exhibits to its Memorandum of Law in Support of its Motion to Dismiss, as reflected in WWE's Notice of Manual Filing filed concurrently herewith:

1. Exhibit B: *"WWE From the Vault - Shawn Michaels"* (Two DVD set relaying highlights of Shawn Michaels' wrestling career)

2. Exhibit C: *"WWE: The Shawn Michaels Story - Heartbreak & Triumph"* (Three DVD set detailing the life story of Shawn Michaels)

3. Exhibit D: *"WWE: Shawn Michaels - My Journey"* (Three DVD set detailing Shawn Michaels' wrestling career)

1

4. Exhibit E: "*WWE: The Greatest Cage Matches of All Time*" (Three DVD set containing steel-cage wrestling matches)

Respectfully submitted this 1st day of February, 2012.

*s/ Otto F. Feil*
Otto F. Feil
Georgia Bar No. 257288
ofeil@tfhlegal.com
Cheralynn M. Gregoire
Georgia Bar No. 309760
cgregoire@tfhlegal.com
TAYLOR, FEIL, HARPER,
  LUMSDEN & HESS, P.C.
3340 Peachtree Road NE, Suite 250
Atlanta, Georgia  30326
404-214-1200
404-214-1201 Fax

Of Counsel:
Jerry S. McDevitt
jerry.mcdevitt@klgates.com
Curtis B. Krasik
curtis.krasik@klgates.com
Blair T. Preiser
blair.preiser@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania  15222
(412) 355-6500
(412) 355-6501 Fax

*ATTORNEYS FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Civil Action No. 1:12-cv-00043-MHS |
| ) | |
| VINCENT K. MCMAHON, LINDA E.   ) | |
| MCMAHON, and WORLD      ) | |
| WRESTLING ENTERTAINMENT,   ) | |
| INC.,      ) | |
| ) | |
| Defendants.      ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2012, I caused the foregoing **NOTICE OF FILING ELECTRONIC MEDIA** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>   Edward Mark Gilgor, Esq.
>   P. O. Box 17505
>   Atlanta, GA  30316

This 1st day of February, 2012.

>                               /s/ Otto F. Feil
>                               Counsel for Defendants
>                               Georgia Bar No. 257288