RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 1 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| VINCENT K. MCMAHON, LINDA E. MCMAHON, and WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant World Wrestling Entertainment, Inc. ("WWE") has manually filed the following Exhibits to its Memorandum of Law in Support of its Motion to Dismiss:

1. Exhibit B: "*WWE From the Vault - Shawn Michaels*" (Two DVD set relaying highlights of Shawn Michaels' wrestling career)

2. Exhibit C: "*WWE: The Shawn Michaels Story - Heartbreak & Triumph*" (Three DVD set detailing the life story of Shawn Michaels)

3. Exhibit D: "*WWE: Shawn Michaels - My Journey*" (Three DVD set detailing Shawn Michaels' wrestling career)

4. Exhibit E: "*WWE: The Greatest Cage Matches of All Time*" (Three

DVD set containing steel-cage wrestling matches)

These Exhibits are being filed manually as they could not, by their nature, be filed electronically.

A copy of this Notice of Manual Filing and duplicates of the DVD Exhibits attached to it and referenced herein have been served on Counsel for the Plaintiff in accordance with Sections IV(A)(6) and II(B)(3) of this Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means.

Respectfully submitted this 1st day of February, 2012.

>*s/ Otto F. Feil*
> Otto F. Feil
> Georgia Bar No. 257288
> ofeil@tfhlegal.com
> Cheralynn M. Gregoire
> Georgia Bar No. 309760
> cgregoire@tfhlegal.com
> TAYLOR, FEIL, HARPER,
>   LUMSDEN & HESS, P.C.
> 3340 Peachtree Road NE, Suite 250
> Atlanta, Georgia 30326
> 404-214-1200
> 404-214-1201 Fax
>
> Of Counsel:
> Jerry S. McDevitt
> jerry.mcdevitt@klgates.com
> Curtis B. Krasik
> curtis.krasik@klgates.com

Blair T. Preiser
blair.preiser@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania  15222
(412) 355-6500
(412) 355-6501 Fax

*ATTORNEYS FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| | ) |
| VINCENT K. MCMAHON, LINDA E. MCMAHON, and WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I caused the foregoing **NOTICE OF MANUAL FILING** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> Edward Mark Gilgor, Esq.
> P. O. Box 17505
> Atlanta, GA  30316

I further certify that on February 1, 2012, I caused a copy of the foregoing **NOTICE OF MANUAL FILING**, and duplicates of the DVD Exhibits attached to it and referenced therein, to be served on Counsel for the Plaintiff by placing same in the U.S. Mail with adequate postage affixed and addressed to him at the

4

address set forth above.

This 1st day of February, 2012.

*/s/ Otto F. Feil*
Counsel for Defendants
Georgia Bar No. 257288