IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT K. McMAHON; LINDA ) <br> E. McMAHON; and WORLD ) <br> WRESTLING ENTERTAINMENT, ) <br> INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action <br><br> File No. 1:12-cv-00043-MHS |

## PLAINTIFF DOUGLAS DUANE SOMERSON'S FIRST AMENDED COMPLAINT AND JURY DEMAND

PLAINTIFF DOUGLAS DUANE SOMERSON, submits the following First Amended Complaint as per this Court's Order of August 23, 2012, and alleges that DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC., ("WWE") engaged in Invasion of Privacy and Violation of Right of Publicity as follows:

### PARTIES

1. Plaintiff Douglas Duane Somerson is a citizen of the state of Georgia.

2. Upon information and belief, defendant WWE is a Delaware corporation with its principal place of business at 1241 East Main Street, Stamford, Connecticut. At all material times, WWE has organized, operated and

promoted entertainment featuring professional wrestling personalities under the name "World Wrestling Entertainment." WWE may be served through its registered agent: CT Corporation System, 1202 Peachtree Street, NE, Atlanta, GA 30361.

## JURISDICTION AND VENUE

3. On January 5, 2012, this action was removed to this Court from the Superior Court of Fulton County, Georgia.

## FACTS

4. Douglas Duane Somerson was a highly successful professional wrestler and entertainer.

5. Mr. Somerson began working as a professional wrestler in 1967.

6. Mr. Somerson has worked under the name and persona of: "Pretty Boy" Doug Somers.

7. In working as a professional wrestler, Mr. Somerson has suffered numerous physical injuries, including, but limited to:

   a. In excess of 400 concussions;

   b. Broken hand;

   c. Broken finger;

   d. Dislocated shoulder;

   e. Inoperable neck injury;

   f. Inoperable back injury;

    g. Inoperable knee injury; and,

    h. Inoperable foot injury.

8. Mr. Somerson ceased working in the February of this year due to the physical injuries he has sustained over the course of his career.

9. Mr. Somerson is in a virtual constant state of pain due to the injuries he has suffered during the course of his professional wrestling career.

10. Mr. Somerson has invested years of his life developing and maintaining the wrestling persona of "Pretty Boy" Doug Somers.

11. The persona of "Pretty Boy" Doug Somers is known and loved worldwide by Professional Wrestling fans.

12. For the reasons mentioned in the previous two paragraphs, Mr. Somerson's name, likeness, and persona have commercial value.

13. Mr. Somerson has never entered into any agreement with WWE or any predecessor entity with regard to the right to use his name, likeness, and/or persona.

14. Defendant has repeatedly Mr. Somerson's name, likeness, and/or persona for commercial gain, including, but not limited to, marketing and publicity efforts, without permission of Mr. Somerson.

15. Defendant's website features Mr. Somerson's name and persona as part of its marketing and publicity efforts in at least nine different places on its website:

a. http://www.wwe.com/shows/classicsondemand/archive/dec2006shorties

   b. http://www.wwe.com/shows/classicsondemand/archive/sep2006shorties

   c. www.wwe.com/superstars/buddyrose

   d. www.wwe.com/superstars/wwealumni/shawnmichaels/titlehistory

   e. www.wwe.com/classics/awa/history-of-awa/page-4

   f. www.wwe.com/superstars/specialsections/hbk/titlehistory

   g. www.wwe.com/inside/news/sherripasses

   h. www.wwe.com/superstars/sherrimartel

   i. www.wwe.com/inside/news/10066160

16. Defendant has also placed Mr. Somers' image on the cover of at least one Digital Video Disc it sells which is entitled "The Spectacular Legacy of the American Wrestling Association" in order to market

17. Defendant never sought or obtained Mr. Somerson's consent to use his likeness, name or persona for its marketing and publicity efforts and have no right to do so without the consent of Mr. Somerson.

18. The failure to even attempt to contact Mr. Somerson to obtain the right to use his name, likeness and/or persona as well as the failure to make any attempt to compensate for the use of the same in its marketing and publicity efforts demonstrates bad faith and malice on the part of the Defendant.

# COUNT I
# INVASION OF PRIVACY

19. Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 18 of the Complaint.

20. Mr. Somerson retains sole legal right and title to control the use of his name, likeness and persona.

21. Defendant has not sought or received Mr. Somerson's permission to use his name, likeness, and/or persona to use in its marketing and publicity efforts by placing them on its website and on items which it sells.

22. Defendant has repeatedly appropriated without permission Mr. Somerson's name, likeness, and/or persona to use in its marketing and publicity efforts.

23. Mr. Somerson has been harmed by this invasion of privacy.

**WHEREFORE**, Mr. Somerson demands judgment against WWE for damages in an amount to be determined at trial, injunctive relief, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

# COUNT II
# VIOLATION OF RIGHT OF PUBLICITY

24. Mr. Somerson repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 23 of the Complaint.

25. Mr. Somerson retains sole legal right and title to his name, likeness and

persona.

26. Defendant has repeatedly appropriated Mr. Somerson's name, likeness and persona for a commercial purpose and have benefitted commercially from such misappropriation by using Mr. Somerson's name, likeness and persona to market and publicize its products and website.

27. Defendant has not sought or received Mr. Somerson's permission to use his name and likeness.

28. Defendant's use of Mr. Somerson's name, likeness and persona has caused damage to the commercial value of the same.

29. Mr. Somerson has been harmed by this damage in the commercial value to his name, likeness and persona.

**WHEREFORE**, Mr. Somerson demands judgment against WWE for damages in an amount to be determined at trial, injunctive relief, together with interest, attorneys' fees, costs and such other relief as the court deems just and appropriate.

*/s/ Edward M. Gilgor*
Georgia Bar No. 294716
edward.gilgor@gmail.com
Post Office Box 17505
Atlanta, GA 30316-0505
(404) 483-1300
(404) 920-3433 (Fax)
*Attorney for Plaintiff*

Pursuant to L.R. 7.1D, I certify that the foregoing was prepared as per the requirements of L.R. 5.1C using Times New Roman (14 point) font.

*/s/ Edward M. Gilgor*
Georgia Bar No. 294716
edward.gilgor@gmail.com
Post Office Box 17505
Atlanta, GA 30316-0505
(404) 483-1300
(404) 920-3433 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DOUGLAS DUANE SOMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | File No. 1:12-cv-00043-MHS |
| VINCENT K. McMAHON; LINDA | ) | |
| E. McMAHON; and WORLD | ) | |
| WRESTLING ENTERTAINMENT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>Otto F. Feil
>ofeil@tfhlegal.com
>Cheralynn M. Gregoire
>cgregoire@tfhlegal.com
>TAYLOR, FEIL, HARPER,
>LUMSDEN & HESS, P.C.
>3340 Peachtree Road NE, Suite 250
>Atlanta, Georgia 30326
>
>Jerry S. McDevitt
>Jerry.mcdevitt@klgates.com
>Curtis B. Krasik
>curtis.krasik@klgates.com
>Christopher M. Verdini

christopher.verdini@klgates.com  
K&L GATES LLP  
K&L Gates Center  
210 Sixth Avenue  
Pittsburgh, Pennsylvania 15222  
*Attorneys for Defendants*

This 7th day of September, 2012.


*/s/ Edward M. Gilgor*  
*Attorney for Plaintiff*