IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| | ) |
| WORLD WRESTLING | ) |
| ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.**

The Defendant World Wrestling Entertainment, Inc. ("WWE"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's August 24, 2012 Order, moves this Honorable Court to dismiss the Plaintiff's claims against WWE in the First Amended Complaint on the basis that the action fails to state a claim upon which relief may be granted.

In support of this Motion, WWE submits its Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint by World Wrestling Entertainment, Inc., filed herewith.

1

Respectfully submitted this 21st day of September, 2012.

*s/ Otto F. Feil*
Otto F. Feil
Georgia Bar No. 257288
ofeil@tfhlegal.com
Cheralynn M. Gregoire
Georgia Bar No. 309760
cgregoire@tfhlegal.com
TAYLOR, FEIL, HARPER,
  LUMSDEN & HESS, P.C.
3340 Peachtree Road NE, Suite 250
Atlanta, Georgia  30326
404-214-1200
404-214-1201 Fax

Of Counsel:
Jerry S. McDevitt
jerry.mcdevitt@klgates.com
Curtis B. Krasik
curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania  15222
(412) 355-6500
(412) 355-6501 Fax

**ATTORNEYS FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00043-MHS |
| | ) |
| WORLD WRESTLING | ) |
| ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I caused the foregoing **Motion to Dismiss Plaintiff's First Amended Complaint by Defendant World Wrestling Entertainment, Inc.** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>Edward Mark Gilgor, Esq.
>P. O. Box 17505
>Atlanta, GA  30316

This 21st day of September, 2012.

>/s/ Otto F. Feil
>Counsel for Defendants
>Georgia Bar No. 257288