# EXHIBIT 1



**DECEMBER 2006 SHORTIES**

SHORTIES
December 2006 on WWE 24/7

**Title Brief:** Hart vs. Michaels

**Title:** Hart vs. Michaels

**Summary:** Good Ol' St. Mick Foley presents memorable matches and moments from Holidays past. Bret "Hitman" Hart defends the WWE Championship vs. Shawn Michaels at the 1992 Survivor Series.



WWE.com: December 2006 Shorties - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

WWE.com: December 2006 Shorties

www.wwe.com/shows/classicsondemand/archive/dec2006shorties

Latest Headlines   CITRIX   ADP Time & Attendance   Windows   Mediabox Product App...   SAEGIS Custom Search

---

**Title Brief:** ECW Holiday Hell

**Title:** ECW Holiday Hell

**Summary:** Good Ol' St. Mick Foley presents memorable matches and moments from Holidays past. Cactus Jack battles Sabu in an Olympic Rules Match at ECW Holiday Hell. From 12/29/95.

---

**Title Brief:** AWA Christmas

**Title:** AWA Christmas Brawl

**Summary:** Good Ol' St. Mick Foley presents memorable matches and moments from Holidays past. The Midnight Rockers, Shawn Michaels and Marty Jannetty, battle Buddy Rose and Doug Somers in a Steel Cage at AWA Brawl in St. Paul. From 12/25/86.

---

**Title Brief:** Christmas Chaos

**Title:** SMW Christmas Chaos

**Summary:** Good Ol' St. Mick Foley presents memorable matches and moments from Holidays past. The Rock 'n' Roll Express battle the Gangstas at Smoky Mountain Wrestling Christmas Chaos. From 12/28/94.

---

**Title Brief:** Stone Cold Party

**Title:** Stone Cold Holiday Party

---

Start   |   Inbox - Mailb...   |   WWE.com: ...   |   1a - Paint   |   6:15 PM