# EXHIBIT 9

# Playboy Buddy Rose passes away at 56

April 29, 2009

Playboy Buddy Rose (Paul Perschmann), one of the most unique individuals ever to compete inside the squared circle, passed away April 28 in Portland, Ore., at the age of 56.

In the early 1970s, Rose began his wrestling career in Minneapolis. From there, he moved on to the Pacific Northwest. It was there where Rose blossomed into a top caliber performer in the mid to late 1970s. Two of his most notable rivalries from that area at that time were against WWE Hall of Famers Rowdy Roddy Piper and Jimmy "Superfly" Snuka. (Career Photos)

It was in 1982 that the Playboy entered WWE. He painted the picture that he had money to burn, and lived a lavish lifestyle that he flaunted, saying the fans could only dream that they were him. Despite his physical appearance, Rose was deceivingly quick and agile when in action, saying that he was "heavy in the seat, but light on the feet." He pushed the then-WWE Champion Bob Backlund to the limit in the series of matches they had during the 1982-1983 time frame.





## Playboy Buddy Rose passes away at 56

Page 1 of 1

April 29, 2009



Playboy Buddy Rose (Paul Perschmann), one of the most unique individuals ever to compete inside the squared circle, passed away April 28 in Portland, Ore., at the age of 56.

In the early 1970s, Rose began his wrestling career in Minneapolis. From there, he moved on to the Pacific Northwest. It was there where Rose blossomed into a top caliber performer in the mid to late 1970s. Two of his most notable rivalries from that area at that time were against WWE Hall of Famers Rowdy Roddy Piper and Jimmy "Superfly" Snuka. (Career Photos)

It was in 1982 that the Playboy entered WWE. He painted the picture that he had money to burn, and lived a lavish lifestyle that he flaunted, saying the fans could only dream that they were him. Despite his physical appearance, Rose was deceivingly quick and agile when in action, saying that he was "heavy in the seat, but light on the feet." He pushed the then-WWE Champion Bob Backlund to the limit in the series of matches they had during the 1982-1983 time frame.

Another highlight of Rose's WWE career came while wearing a mask. As the Masked Executioner, he and Tito Santana were the participants in the very first match to have taken place at WrestleMania in 1985.

In 1986, Rose returned to Minneapolis, and while competing anew in the AWA, he and his tag team partner Pretty Boy Doug Somers had an intense rivalry against a young, upstart team known as the Midnight Rockers, a.k.a. Shawn Michaels and Marty Jannetty.

Rose returned for another stint in WWE rings in 1990, and gained even more notoriety by humorously promoting a product known as the "Blow Away Diet." And despite his even bigger girth