UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS DUANE SOMERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VINCENT K. McMAHON, LINDA E. McMAHON and WORLD WRESTLING ENTERTAINMENT, Inc.,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-43-MHS |

## J U D G M E N T

This action having come before the court, the Honorable Marvin S. Shoob, United States District Judge, for consideration of the Defendant's Motion to Dismiss, and the court having **GRANTED** said motion, it is

**Ordered and Adjudged** that the Defendants recover their costs for this civil action, and that the same be **dismissed**.

Dated at Atlanta, Georgia, this 7th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/ James Jarvis
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared and Entered
in the Clerk's Office
　March 8, 2013
James N. Hatten
Clerk of Court

By:　s/ James Jarvis
　　　　Deputy Clerk