AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| Douglas Duane Somerson | ) | |
|---|---|---|
| v. | ) | Case No.: 1:12-cv-00043-MHS |
| Vincent K. McMahon, Linda E. McMahon, and World Wrestling Entertainment, Inc. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/08/2013___ against ___Douglas Duane Somerson___,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ....... See attached receipt ............................................... | $ 350.00 |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ........................................................ | |
| Fees for witnesses *(itemize on page two)* ................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ...... See attached breakdown of costs ........... | 86.10 |
| Docket fees under 28 U.S.C. 1923 ........................................................ | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ................................................................ | |
| TOTAL | $ 436.10 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Cheralynn M. Gregoire

For: Defendants Vincent K. McMahon, Linda E. McMahon and World Wrestling Entertainment, Inc.   Date: 03/25/2013
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*                *Deputy Clerk*                *Date*

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DOUGLAS DUANE SOMERSON, | ) |
| | ) |
| v. | ) Case No., 1:12-cv-00043-MHS |
| | ) |
| VINCENT K. MCMAHON, LINDA E. MCMAHON and WORLD WRESTLING ENTERTAINMENT, INC. | ) |

ITEMIZATION OF FEES FOR COPIES OF PAPERS
NECESSARILY OBTAINED FOR USE IN THE CASE*

| DATE | ITEM | AMOUNT | TOTAL |
|---|---|---|---|
| 12/16/2011 | Copies | $ .20 | $27.60 |
| 01/05/2012 | Copies | $ .15 | $30.90 |
| 02/01/2012 | Copies | $ .15 | $27.60 |
| | | **TOTAL** | **$86.10** |

**\*Copies of Notice of Removal with Complaint and Motion to Dismiss with brief and exhibits for filing and service upon opposing counsel**

331365_1.DOC

**Cheralynn Gregoire**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Thursday, January 05, 2012 2:15 PM |
| To: | Cheralynn Gregoire |
| Subject: | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.


Transaction Summary

Application Name: GAND CM ECF
Pay.gov Tracking ID: 255CITQN
Agency Tracking ID: 113E-3700692
Transaction Type: Sale
Transaction Date: Jan 5, 2012 2:14:31 PM

Account Holder Name: Cheryl Stovall
Transaction Amount: $350.00
Billing Address: 3340 Peachtree Road, NE
City: Atlanta
State/Province: GA
Zip/Postal Code: 30326
Country: USA
Card Type: Visa
Card Number: ************7783

---

**Defendant**

**Wrestling Entertainment, Inc.**
*TERMINATED: 09/07/2012*

represented by **Cheralynn M. Gregoire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Otto F. Feil , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**World Wrestling Entertainment, Inc.**

represented by **Otto F. Feil , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2012 | 1 | NOTICE OF REMOVAL with COMPLAINT filed by Linda E. McMahon, Vincent K. McMahon and Wrestling Entertainment, Inc.. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350.00 receipt number 113E-3700692) (Attachments: # 1 Exhibit -A, # 2 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 01/06/2012) |
| 01/09/2012 | 2 | Consent MOTION for Extension of Time to File Responsive Pleadings with Brief In Support by Linda E. McMahon, Vincent K. McMahon, Wrestling Entertainment, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Consent Order Extending Time)(Gregoire, Cheralynn) (Entered: 01/09/2012) |